CHARLES H. HUNTER, Respondent, *v.* THE NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.

(Argued December 3, 1891; decided December 22, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 12, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict and denied a motion for a new trial.

*William Van Amee* for appellant.

*M. H. Hirschbery* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.